*Translation from German into English*                                                      page 1 of 3

[stamp:]
AMTSGERICHT
[LOCAL COURT]
PANKOW
BERLIN

Amtsgericht [local court] Pankow                           13189 Berlin, this 16 May 2023
-Family court-                                             Kissingenstr. 5-6
File number: 26 F 2294/22

U.S. Department of Justice
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station
P.O. Box 14360
Washington, D.C. 20044
United States of America

**Request for legal assistance under the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

Enclosures:   Letter from the expert dated 30 March 2023 in English language
              Instructions for the removal of the specimen in English language
              Transcript in English language
              Clarification sheet in English language
              4 swabs
              Return envelope

In the family matter

, born on ████████,
████████████████ Berlin,

represented by the guardian
Jugendamt [Youth Welfare Office] Pankow von Berlin, - Kindschaftsrechtliche Vertretung - [representation under child and guardianship law],
Berliner Allee 252 – 260, 13088 Berlin, file no.: Jug 2101-03-BEI-L-000252

Other participants:

Mother:
Juliane Lindner,
████████████████████████,                                  CIV 189-26-23-18

                                                           JUL 10 ████

[stamp:]
AMTSGERICHT

Ex. A, Page 1

*Translation from German into English*          *page 2 of 3*

Putative father:
Rupert Victor Wild,
▇▇ ▇▇ ▇▇▇▇▇▇, OR ▇▇▇▇▇,

the Amtsgericht [local court] Pankow/Weißensee has issued the following order on 10 September 2021:

Pursuant to Sections 30 (1) and (2), 177 (2) sentence 1 of the German Act on Proceedings in Family Matters and in Matters of Voluntary Jurisdiction [Gesetz über das Verfahren in Familiensachen und in den Angelegenheiten der freiwilligen Gerichtsbarkeit, FamFG], evidence is to be taken on the parentage of the child by obtaining a written DNA expert opinion with biostatistical calculation involving the applicant L▇▇ E▇▇ L▇▇r (born on: ▇▇▇▇, address: ▇▇▇▇▇▇ Berlin), the putative father Rupert Victor Wild (born on: ▇▇▇▇, address: ▇▇ ▇▇ ▇▇▇▇▇, OR ▇▇▇▇, United States of America) and the mother Juliane Lindner (born on: ▇▇▇▇, address: ▇▇▇▇▇▇ Berlin).

The assessment is to be carried out on the basis of the Guideline of the Gene Diagnostics Commission [Gendiagnostik-Kommission] (GEKO) for the Requirements for the Performance of Genetic Analyses to Clarify Parentage and for the Qualification of Medical and Non-medical Experts in accordance with Section 23 (2) no. 4 and no. 2b of the German Gene Diagnostics Act [Gendiagnostikgesetz] GenDG of 26 July 2012 and the "Guidelines for the Provision of Parentage Expert Opinions", published by the German Society for Parentage Assessment [Deutschen Gesellschaft für Abstammungsbegutachtung] (DGAB), as amended.

In case of non-exclusion, the findings shall be statistically evaluated.

The expert

Dr. med. Wolfgang Martin, c/o Institut für Blutgruppenserologie und Genetik, ▇▇▇▇▇▇ Berlin

has been commissioned to provide the expert opinion.

Since the putative father resides in the United States of America, it is requested that, in order to execute the order to take evidence by way of legal assistance, a medical institute or a physician be commissioned to take four oral mucosal swabs from the putative father

        Mr. Rupert Victor Wild,
        born on ▇▇▇▇,
        ▇▇ ▇▇ ▇▇▇▇▇, OR ▇▇▇▇▇,

Translation from German into English                                             page 3 of 3

- a social security number is not known -

and to send these <u>directly</u> to the above-mentioned expert.

Please refer to the attached letter from the expert dated 30 March 2023 together with the enclosures mentioned therein for more detailed information on taking and sending the samples. A return envelope is enclosed for appropriate use.

The facts of the case are as follows:

In the present proceedings, the child L███ E███ L███ applies for a determination that Mr. Rupert Victor Wald is its father. The mother of the child stated in this regard that she had had sexual intercourse exclusively with Mr. Wild at the time of conception and that he was therefore the only possible father.

| [signature] | [stamp:] |
| --- | --- |
| Groddeck | AMTSGERICHT |
| Judge at the local court | [LOCAL COURT] PANKOW BERLIN |

I, Verena Redemann, authorized translator to the Berlin Judiciary for the English language, hereby certify that the above text is a true translation of a German document submitted to me.

The translation consists of three pages (including this page).
Berlin, 12 June 2023

[signature]
Verena Redemann

[stamp: Verena Redemann, Prenzlauer Allee 170, Für die Berliner Gerichte und Notare allgemein beeidigte Dolmetscherin und ermächtigte Übersetzerin für die englische und spanische Sprache, 10409 Berlin · Tel. +49 (0)30-44 71 89 88]

Ex. A, Page 3

## Instructions for Taking of Buccal Swabs for Parternity Testing

| Our reference: B31211 | Date: 30.03.2023 |
|---|---|
| Law Suit: Rupert Victor Wild | Court reference: 26 F 2294/22 |
| Court: Pankow | |

To whom it may concern:

we thank you for your cooperation in this matter. In the above-captioned law suit, we have been appointed by the court to perform paternity testing. This requires samples to be taken from all parties involved in the law suit.

As the persons listed below live in your vicinity, we kindly ask you to collect the required samples. In order to ensure that we receive the samples without delay and in compliance with the German Guide Lines for Paternity Testing we ask you to follow the instructions below.

(1) Three buccal swabs each should be taken from the following person(s):

| Nr | Name | DOB | address |
|---|---|---|---|
| 1 | Ruper Victor Wild | | ▇▇▇▇▇▇▇▇▇▇ |
| | | | OR ▇▇▇▇▇▇▇▇ / USA |

(2) Samples should preferably be taken on a Monday to avoid arrival on the weekend.

(3) Please rub the swabs several times on the mucosa applying gentle force. It is not sufficient to only wet the swabs with saliva.

(4) Please complete the attached form carefully. If possible, attach a photograph of the person(s). Also – if possible – take a print of the left thumb or the left foot of infants.

(5) Send the samples in their protective tubes to:

    **Institut für Blutgruppenserologie und Genetik**
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ / Germany

Please use an international courier service. If you choose to use Federal Express, you may use our account number ▇▇▇▇▇▇ for payment of the transportation charges. Desination airport for air cargo is Hamburg (HAM). Please advise us when you have shipped the samples by phone (▇▇▇▇▇▇▇▇), via facsimile (▇▇▇▇▇▇▇▇), or by email ▇▇▇▇▇▇.

| Record of Taking of Buccal Swabs and Proof of Identity | Institut für Blutgruppenserologie |
| --- | --- |
| §372a ZOO, §81 StPO | und Genetik |
|  | Dr.W.Martin  Dr.R.Martin |

| B31211 | Matter of L▮▮▮ L▮▮▮ | Amtsgericht Pankow |
| --- | --- | --- |
| our reference | law suit | 26 F 2294/22 |
|  |  | Reference of court |

On _____ buccal swabs are taken from:

Name:   Rupert Victor Wild

date of birth: _____   place of birth: _____

residence:   ▮▮▮▮▮▮▮▮

USA- OR ▮▮▮▮▮▮▮▮

fingerprint: left thumb

I hereby confirm with my signature:

1. that I am the person named above,
2. that the sample tubes are labelled with correct names
3. that I or the child have not received stemcel- or blood transfusions within the last 3 months
4. (if applicable) that a photograph has been taken which I have signed
5. that I was informed about purpose, scope and matter of the test

I hereby confirm with my signature:

1. that I have checked ID/passport/birth certificate and compared it with the above data
2. that this form has been signed in my presence
3. that a fingerprint / footprint was taken
4. that a photograph has been taken: ☐ yes ☐ no
5. that I handed the form "information about genetic paternity" to the person named above

Remarks:
- during sampling the participants met:
  ☐ yes ☐ no

Date, Signature participant            Date, Signature, stamp doctor

# Institut für Blutgruppenserologie und Genetik
Dr. med. Wolfgang Martin und Dr. med. Robert Martin

## - TAKEAWAY-COPY FOR THE PARTICIPANT -

### Information about genetic paternity / relationship testing
(according to the german Gene Diagnostics Law / GenDG §§ 8, 9 and 17)

For genetic paternity and other relationship tests a number of genetic markers are examined – together also known as a „genetic fingerprint" – which have known rules of inheritance and hence allow us to analyze the biological relationship. The only purpose of the tests is to examine these genetic relationships – no other information is collected or registered. We don't examine any other genetic information like e.g. genetic diseases, characteristics or predispositions. The test does include a marker for determining the gender of the participants. The samples will be destroyed after their purpose is served.

Dr. W. Martin · Dr. R. Martin ·
Institut Hamburg ·                    Hamburg · Tel.              · Fax
Büro Berlin ·                         Berlin · Tel.                · Fax

Ex. A, Page 6